OLGA J. ATTLER, Appellant, v. ANTHONY R. ATTLER et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

In the Matter of KENMAR NURSERY, INC., Appellant, against HARVEY L. STRELZIN et al., Constituting the Board of Assessors of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

MICHEL GLASS, Respondent, v. ALEX SCHECHTER CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

ANNETTE H. SLAFF, Appellant, v. MAURICE M. SLAFF, Respondent.— Judgment unanimously modified so as to provide for the payment of $125 per week permanent alimony and, as so modified, affirmed. On the record before this court the amount now fixed is warranted. Settle order on notice. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

In the Matter of WILLY ZIETZ, as Ancillary Administrator of the Estate of HUGO ZIETZ, SR., Deceased, Respondent, as Administrator of the Estate of HUGO ZIETZ, JR., Deceased, Respondent, and as Administrator of the Estate of HEDWIG ZIETZ, Deceased, Respondent. MADELEINE ZIETZ, Appellant.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

## (December 6, 1956)

THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN SOSTRE.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STUART MITCHELL.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

In the Matter of PAULA RUDOLFER, as Executrix of FRED RUDOLFER, Deceased, Appellant-Respondent, against HUDSON SHIPPING CO., INC., Respondent-Appellant.— Motion to dismiss appeal granted, without costs. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

## (December 11, 1956)

In the Matter of KATHLEEN GOTTFRIED, Respondent, against GOTTFRIED BAKING CO., INC., et al., Appellants, and HAROLD GOTTFRIED, Respondent.— Order unanimously modified and the motion denied to the extent appealed from. The items of examination involved on this appeal are proper items for examination under the circumstances. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

In the Matter of KATHLEEN GOTTFRIED, Respondent, against GOTTFRIED BAKING CO., INC., et al., Appellants.— Order unanimously modified and the motion denied to the extent appealed from. The items of examination involved on this appeal are proper items for examination under the circumstances. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.